

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-15-00029-CV

**DIAGNOSTIC RESEARCH GROUP** and John R. Holcomb, M.D.,
Appellants

v.

Sushma **VORA**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00357
Honorable Larry Noll, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellee's brief was due to be filed on March 9, 2015. Appellee has not filed a motion for extension of time. Because the brief is now over a week late, appellee is ORDERED to file a brief or a motion for extension of time on or before March 27, 2015, or the case will be set "at issue" and will be submitted without the appellee's brief.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court